[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals

## For the First Circuit

---

No. 00-1368

JO-ANN ALBANESE,

Plaintiff, Appellant,

v.

SOCIAL SECURITY ADMINISTRATION,

Defendant, Appellee.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

[Hon. Mary M. Lisi, U.S. District Judge]

---

Before

Selya, Lynch and Lipez,
Circuit Judges.

---

Jo-Ann Albanese on brief pro se.
Margaret E. Curran, United States Attorney, Robin E. Feder, Assistant United States Attorney, and Wayne G. Lewis, Assistant Regional Counsel, on brief for appellee.

---

December 27, 2000

---

**Per Curiam**.  After carefully considering the briefs and record on appeal, we <u>affirm</u> the Commissioner's decision for substantially the reasons stated in the opinions below.

The claimant did not provide medical evidence documenting that she had a disabling impairment prior to May 27, 1998.  20 C.F.R. § 416.908.  She may have suffered a serious impairment, but that is not enough to establish entitlement to disability benefits.  20 C.F.R. §§ 416.905, 416.912.

<u>Affirmed</u>.  Loc. R. 27(c).